UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BRADLEY H. YAGHOUBIAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LEHMAN BROTHERS BANK, FSB, A FEDERAL SAVINGS BANK; and "all persons or entities unknown, claiming any legal or equitable right, title, estate, lien or interest in the property described in the Complaint adverse to Plaintiff's title, or any cloud upon Plaintiff's title thereto"; and DOES 1-25,<br><br>　　　　Defendants. | CASE NO. 2:15-cv-09059-CAS-JC<br><br>**[PROPOSED] JUDGMENT OF DISMISSAL**<br><br>**Hon. Christina A. Snyder**<br><br>Complaint Filed:　Oct. 14, 2014<br>Trial Date:　　　　Not Set |

On February 26, 2016, the Court issued an Order (Dkt. No. 14) dismissing the instant action due to Plaintiff's failure to file an amended Complaint. In this Order, the Court dismissed the action with prejudice. Accordingly, good cause exists to enter judgment in this matter.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT:**

Judgment shall be, and hereby is, entered against Plaintiff Bradley H. Yaghoubian and in favor of Defendant Mortgage Electronic Registration Systems,

Inc.  Defendant is hereby dismissed from Plaintiff's action with prejudice, Plaintiff shall take nothing against Defendant, and Defendant shall be entitled seek its fees and costs to the extent permitted.

**IT IS SO ORDERED.**

DATED: February 29, 2016

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

**MCGUIREWOODS LLP**
Adam F. Summerfield (SBN #259842)
1800 Century Park East
8th Floor
Los Angeles, CA  90067-1501
Telephone:  310.315.8200
Facsimile:  310.315.8210

Attorneys for Defendant Mortgage Electronic Registration Systems, Inc.